IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES EDWARD COOLEY, JR.,** | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 14-00100-WS-B |
| | * | |
| **CHERYL PRICE,** *et al.*, | * | |
| | * | |
| | * | |
| Respondents. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED** with prejudice and that judgment be entered in favor of Respondents Cheryl Price and Luther Strange and against Petitioner Charles Edward Cooley, Jr. Petitioner is not entitled to a Certificate of Appealability, or to appeal in forma paupris.

**DONE** this 31st day of January, 2017.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE