IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD COOLEY, JR., | * |
| | * |
| Petitioner, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 14-00100-WS-B |
| | * |
| CHERYL PRICE, *et al.*, | * |
| | * |
| | * |
| Respondents. | * |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that that this action be **DISMISSED** with prejudice and that judgment be entered in favor of Respondents Cheryl Price and Luther Strange, and against Petitioner Charles Edward Cooley, Jr. Petitioner is not entitled to a Certificate of Appealability, or to appeal in forma pauperis.

**DONE** this 31st of January**,** 2017.

                                                 s/WILLIAM H. STEELE
                                                 CHIEF UNITED STATES DISTRICT JUDGE